*Mr. Homer Cook* and *Mr. Edward P. Johnson* for plaintiff in error.

*Mr. William R. Steele* in person.

---

## RALLS COUNTY COURT *v.* UNITED STATES *ex rel.* GEORGE.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF MISSOURI.

No. 278. Argued and submitted April 13, 1882. — Decided May 8, 1882.

*Ralls County Court* v. *United States*, 105 U. S. 733, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court. This judgment is affirmed on the authority of *County Court of Ralls County* v. *The United States ex rel. Douglass*, 105 U. S. 733,

just decided, from which it cannot be distinguished. The cause is remanded, with an order like that in No. 277.

*Mr. H. A. Cunningham* for plaintiffs in error.

*Mr. J. H. Overall* for defendant in error.